TKM

FILED
2008 JUL 31 PM 2:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Ana Araceli MEDINA-Hernandez Defendant. | Magistrate Case No.: '08 MJ 2361 |
| | COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 30, 2008, within the Southern District of California, defendant Ana Araceli MEDINA-Hernandez did knowingly and intentionally import approximately 49.42 kilograms (108.72 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st, DAY OF JULY, 2008.

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

TKW

UNITED STATES OF AMERICA
v.
Ana Araceli MEDINA-Hernandez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On July 30, 2008, at approximately 0850 hours, Ana Araceli MEDINA-Hernandez entered the United States at the Calexico, California East Port of Entry (POE). MEDINA was the driver, registered owner, and sole occupant of a 1996 Ford Windstar with Mexican license plate number BET7470.

Customs and Border Protection Officer (CBPO) J. Vella was assigned to lane three (3) in the vehicle primary lot when MEDINA approached her lane. CBPO J. Vella received a negative Custom's declaration from MEDINA. MEDINA told CBPO J. Vella that she was going shopping at "Wal-Mart." CBPO J. Vella noticed that MEDINA was not able to sit still and was constantly moving back and forth in her seat. CBPO J. Vella noticed that the vehicle was unusually clean. MEDINA stated to CBPO R. Valencia, who was also viewing the vehicle, that she had owned the vehicle for one year. CBPO J. Vella sent the vehicle to the vehicle secondary lot for a more intensive inspection.

In the vehicle secondary lot, Customs and Border Protection Canine Enforcement Officer (CEO) J. Jones was screening vehicles with his Narcotics Human Detector Dog (NHDD) when his NHDD alerted to MEDINA's vehicle. CEO J. Jones informed CBPO C. Araujo of his HNDD's alert.

CBPO C. Araujo escorted MEDINA into the vehicle secondary office. In the vehicle secondary office, CBPO C. Araujo received a negative declaration from MEDINA. MEDINA stated to CBPO C. Araujo that the vehicle belonged to her. Upon further inspection of the vehicle, CBPO C. Araujo discovered an access behind the right rear wheel which was opened and revealed several packages. CBPO C. Araujo probed one of the packages revealing a green leafy substance the field tested positive

for marijuana, a Schedule I Controlled Substance. The total weight of the packages was 49.42 kilograms (108.72 pounds).

Special Agent (SA) Brandon Wood placed MEDINA under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. MEDINA was advised of her Constitutional Rights. MEDINA was processed, booked, and transported to Imperial County Jail.