FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANA ARACELI MEDINA-HERNANDEZ, Defendant. | Criminal Case No. 08CR2847-LAB<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendant ANA ARACELI MEDINA-HERNANDEZ, did knowingly and intentionally import approximately 49.42 kilograms (108.72 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8-28-2008.

KAREN P. HEWITT
United States Attorney

[signature]
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:psd:Imperial
8/13/08